### BROWN'S ADMINISTRATOR v. MIFFLIN.

Supreme Court. Kent. October, 1818.

*Clayton's Notebook, 78.*

JOHNS, C. J. The cause is out of court. We can do nothing with it.